IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILARIO SALINAS-LOPEZ, | CIVIL ACTION NO. 3:13-CV-1078 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE CARLSON) |
| UNITED STATES of AMERICA | |
| Defendant. | |

## ORDER

**NOW**, this __14th__ day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 24) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

1. The Report & Recommendation (Doc. 24) is **ADOPTED**.
2. Defendant's Motion to Dismiss (Doc. 20) is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff's Complaint is **DISMISSED with prejudice**.
3. The clerk of court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge